UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERYL BRODSKY

                              Plaintiff,

               – against –

THE NEW YORK CITY CAMPAIGN
FINANCE BOARD, VIA JAMES E. JOHNSON,
CORPORATION COUNSEL OF THE CITY OF
NEW YORK, AND THE NEW YORK CITY
SHERIFF (NON PARTY)

                              Defendant.

**ORDER**

21 Civ. 5004 (ER) (SDA)

Ramos, D.J.:

Plaintiff brought the instant suit on June 7, 2021.  Doc 1.  On November 9, 2021,

Defendants filed a motion to dismiss.  Doc. 7.  The Court denies Defendants' motion without

prejudice.  All motions must be filed in accordance with the Court's Individual Practices, which

require that the movant request a pre-motion conference prior to filing.  *See* Individual Rule

2(A)(ii).  The Clerk of Court is respectfully directed to terminate the motion.

SO ORDERED.

Dated:    November 12, 2021
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.