UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
MERYL BRODSKY,

                Plaintiff,

-against-

THE NEW YORK CITY CAMPAIGN FINANCE BOARD, VIA JAMES E. JOHNSON, CORPORATION COUNSEL OF THE CITY OF NEW YORK, AND THE NEW YORK CITY SHERIFF (NON PARTY)

                Defendant.
------------------------------------------------------------------------ x

**CERTIFICATE OF SERVICE**

21-CV-5004 (ER) (SDA)

      I hereby certify under penalty of perjury that on December 14, 2021, I served the foregoing Memorandum of Law in Support of Defendant's Motion to Dismiss and the relevant unreported decisions by emailing a copy of the files to the address set forth below, as listed on the United States Southern District of New York Electronic Case Files website:

                Meryl Brodsky
                Meryl7@verizon.net

Dated:      New York, New York
            December 14, 2021

                GEORGIA M. PESTANA
                Corporation Counsel of the City of New York
                Attorney for Defendant
                100 Church Street, Room 2-303a
                New York, NY 10007
                Office: (212) 356-2079
                Cell: (914) 787-9396
                jecullen@law.nyc.gov

          By:    ___s/_____
                    James Cullen
                    Assistant Corporation Counsel (admission pending)