**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MERYL BRODSKY,

                      Plaintiff,

    -against-                                              21 **CIVIL** 5004 (ER)

THE NEW YORK CITY CAMPAIGN FINANCE              **JUDGMENT**
BOARD, VIA JAMES E. JOHNSON, CORPORATION
COUNSEL OF THE CITY OF NEW YORK, AND THE
NEW YORK CITY SHERIFF (NON PARTY),

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 19, 2022, the motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      July 19, 2022

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                       **BY:**         *K. Mango*

                                                     **Deputy Clerk**